IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AL M. WILLIAMS                                                                                            PLAINTIFF

V.                                              4:13CV582 JMM

PULASKI COUNTY JAIL;
JOHN DOES                                                                                                DEFENDANTS

## ORDER GRANTING MOTION TO DISMISS

Pending is the Defendant Pulaski County Jail's Motion to Dismiss. Plaintiff has responded to the motion.

In his Complaint, Plaintiff alleges that he was denied adequate medical care during his detention at the Pulaski County Jail in violation of his constitutional rights pursuant to 42 U.S.C. § 1983. At the time of filing, Plaintiff was unable to name the specific persons involved in his allegations so he named John Does as defendants. Plaintiff was granted five months, until February 3, 2014, to identify the John Doe defendants. Plaintiff has failed to do so. Therefore, the Court must dismiss this claim.

Defendant Pulaski County Jail also seeks dismissal of Plaintiff's claim against it because the Jail is not an entity capable of being sued under 42 U.S.C. § 1983. The Eighth Circuit Court of Appeals has ruled that "county jails are not legal entities amenable to suit." *Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003). Therefore, Plaintiff's claim against the Jail must also be dismissed.

In conclusion, the Motion to Dismiss filed by Pulaski County Jail (ECF No. 11) is GRANTED. Plaintiff's claim against the John Doe defendants is also dismissed. The Clerk is directed to close the case.

IT IS SO ORDERED this 13th day of February, 2014.

_____
James M. Moody
United States District Judge