IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AL M. WILLIAMS                                                                       PLAINTIFF
REG #106082

V.                                          4:13CV000582 JMM

PULASKI COUNTY JAIL,
JOHN DOES                                                                           DEFENDANTS

## ORDER

Pending is Plaintiff's Motion for Reconsideration. The Court has reviewed Plaintiff's motion and the record in this case. Plaintiff has failed to present any information, evidence or new legal authority which would require the Court to reconsider the Order. Therefore, Plaintiff's motion (Docket # 24) is DENIED.

IT IS SO ORDERED this 6th day of March, 2014.

_____
James M. Moody
United States District Judge